# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN WAYNE FELDMANN, | )<br>) |
| Plaintiff(s), | ) Case No. 2:06-cv-0186-RLH-RJJ<br>) |
| vs. | ) **O R D E R**<br>) (Motion for Change of Venue–#17) |
| TRANS UNION, *et al.*, | )<br>) |
| Defendant(s). | )<br>) |

Plaintiff has filed a **Motion for Change of Venue** (#17) in this case and, apparently in seven others. Plaintiff filed no points and authorities, or any explanation whatsoever for the basis of this motion. Furthermore, this matter was dismissed with prejudice on May 22, 2010, for Plaintiff's failure to participate or abide by the Court's orders.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Change of Venue (#17) is DENIED, as moot.

Dated: July 12, 2010.

_____
Roger L. Hunt
Chief United States District Judge